FILED: March 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4204

(3:11-cr-00373-FDW-DSC-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KAMAL ZAKI QAZAH, a/k/a Keemo

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:11-cr-00373-FDW-DSC-3 |
| Date notice of appeal filed in originating court: | 03/11/2014 |
| Appellant | Kamal Zaki Qazah |
| Appellate Case Number | 14-4204 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |