FILED: March 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4204

(3:11-cr-00373-FDW-DSC-3)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

KAMAL ZAKI QAZAH, a/k/a Keemo

  Defendant - Appellant

_____

O R D E R

_____

The court grants the application to proceed under the Criminal Justice Act and seals the CJA 23 financial affidavit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk