FILED: February 12, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4204 (L)
(3:11-cr-00373-FDW-DSC-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KAMAL ZAKI QAZAH, a/k/a Keemo

    Defendant - Appellant

_____

O R D E R

_____

Appellants have filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellants leave to file a joint appendix not to exceed 2994 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk